UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In the Matter of                                    MC-07-500   (BMC)

Jerome E. Goldman,

an Attorney and Counselor-at-Law.                   ORDER

                    Respondent.

-------------------------------------------------X

      An order having been entered in the Supreme Court of the State of New York, Appellate Division accepting resignation (disciplinary) of and removing respondent from the roll of attorney's in the State of New York,

      IT IS ORDERED, pursuant to Local Rule 1.5 that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

      The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

      SO ORDERED.

Dated:   Brooklyn, New York
         Dec 11, 2007

                                    s/Hon. Brian M. Cogan
                                    _____
                                    Brian M. Cogan, USDJ
                                    Chairman of the Committee on
                                    Grievances, E.D.N.Y.